JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSY BORGHETTI-ULLOA,<br><br>    Plaintiff,<br><br>v.<br><br>COSCO, INC.; and DOES 1 Through 100, inclusive,<br><br>    Defendants. | Case No. 11-cv-6034 DSF (JEMx)<br><br>(Los Angeles County Superior Court, Case No. SC112683)<br><br>Judge:    Hon. Dale S. Fischer<br>Magistrate:  Hon. John E. McDermott<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED that pursuant to the Stipulation Regarding Dismissal With Prejudice filed by the parties on July 5, 2012, this matter and all associated claims are hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

      7/6/12
DATED:_____    _____
                                                    Honorable Dale S. Fischer